**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern** District of **New York, Brooklyn** Division
(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

*Stamp:* U.S. BANKRUPTCY COURT EASTERN DISTRICT OF N.Y. CLERK 2025 MAR -4 A 10:30 RECEIVED

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

NEWKIRK NOSTRAND EAST SPE OWNER, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

9 3 – 3 5 0 4 1 7 5

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1649 Nostrand Avenue, Grd Fl | 295 Madison Avenue, FL 12 |
| Number   Street | Number   Street |
| c/o Davis Rainford Group | c/o American Regional Capital ~~Attn: Admin Dept.~~ |
|  | P.O. Box |
| Brooklyn   NY   11226 | New York   NY   10017 |
| City   State   ZIP Code | City   State   ZIP Code |
|  | **Location of principal assets, if different from principal place of business** |
| Kings | Various properties in Brooklyn, New York |
| County | Number   Street |
|  |  |
|  | City   State   ZIP Code |

**5. Debtor's website (URL)**

Debtor  **NEWKIRK NOSTRAND EAST SPE OWNER, LLC**   Case number (if known) _____
Name

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_ _3_ _1_ _3_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                     MM / DD / YYYY
         District _____ When _____ Case number _____
                                     MM / DD / YYYY

---

Debtor     **NEWKIRK NOSTRAND EAST SPE OWNER, LLC**          Case number *(if known)* _____
       Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.   Debtor **DFREH 1436 W. NEDRO AVENUE, LLC**    Relationship **CO-OWNER OF A PROPERTY**
      District **EASTERN**    When **05 / 23 / 2023**
                                       MM / DD / YYYY
      Case number, if known **23-41819 (JMM)**

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                                Number      Street

_____

_____     _____
City                                                       State ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
          Contact name     _____
          Phone            _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000         ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

---

Debtor  **NEWKIRK NOSTRAND EAST SPE OWNER, LLC**          Case number (if known) _____
Name

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 4, 2025**
              MM / DD / YYYY

X _____[signature]_____        **Earl R. Davis**
Signature of authorized representative of debtor    Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

X _____        Date _____
Signature of attorney for debtor                    MM / DD / YYYY

Printed name _____

Firm name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email address _____

Bar number _____ State _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** NEWKIRK NOSTRAND EAST SPE OWNER LLC      **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☑ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. **CASE NO.:** 23-41819 (JMM)    **JUDGE:** Jil Mazer-Marino    **DISTRICT/DIVISION:** Eastern

**CASE STILL PENDING: (YES/NO)** Yes    *[If closed]* **Date of closing:** _____

**CURRENT STATUS OF RELATED CASE:** Pennding
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*: _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES:** _____

2. **CASE NO.:** _____    **JUDGE:** _____    **DISTRICT/DIVISION:** _____

**CASE STILL PENDING: (YES/NO):** _____    *[If closed]* **Date of closing:** _____

**CURRENT STATUS OF RELATED CASE:** _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

**MANNER IN WHICH CASES ARE RELATED** *(Refer to NOTE above)*: _____

**REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES:** _____

[OVER]

## DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

CASE STILL PENDING: (YES/NO): _____    *[If closed]* Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ('REAL PROPERTY') WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASES: _____

_____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____        *[signature]*
**Signature of Debtor's Attorney**        **Signature of Pro-se Debtor/Petitioner**

c/o ARC 295 Madison Avenue, FL 12
**Mailing Address of Debtor/Petitioner**

New York, NY 10017
**City, State, Zip Code**

legaldept@davisrainford.com
**Email Address**

(718) 587-9880
**Area Code and Telephone Number**

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

# RESOLUTION OF
# NEWKIRK NOSTRAND EAST SPE OWNER, LLC

## February 3, 2025

**A special meeting** of the Members (the "Board") of **NEWKIRK NOSTRAND EAST SPE OWNER, LLC** (the "Company") was convened on February 3, 2025, in compliance with the Company's Operating Agreement dated September 18, 2023. Following a motion duly made and seconded, the following resolutions were unanimously approved by the Board.

**WHEREAS**, the Board of Directors has been presented with comprehensive information regarding the Company's current legal and financial position, including various strategic alternatives available to the Company, and

**WHEREAS**, one of the strategic alternatives under consideration includes seeking relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in order to consolidate efforts to resolve title issues concerning various residential and commercial real estate assets held by the Company, and to pursue the recovery of monetary damages from certain adverse parties;

**WHEREAS**, the Board has carefully considered the best course of action to maximize the value of the Company's assets and minimize the risks of protracted litigation, and

**WHEREAS**, the Board has determined that it is in the best interests of the Company, its creditors, and all other relevant parties to seek relief under Chapter 11 of the Bankruptcy Code, and

**NOW, THEREFORE**, the Board deems it advisable to authorize filing a petition for relief under Chapter 11 of the Bankruptcy Code.

**RESOLVED** that the Company is hereby authorized to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York, which is the appropriate venue where the Company's primary assets are located; and it is further

**RESOLVED** that Earl R. Davis is duly appointed as the Company's Chief Restructuring Officer and Manager, with full authority to act on behalf of the Company to (a) execute and file the Chapter 11 petition and all related documents with the Bankruptcy Court and (b) file all schedules, statements, lists, motions, applications, and other documents necessary or advisable to facilitate the prosecution of the Chapter 11 case; and it is further

*[Corporate Resolution continues the following page]*

**RESOLVED**, that the Company is authorized to retain bankruptcy counsel under a general retainer to represent the Company in the Chapter 11 proceedings, with such counsel to be retained within eight business days following the filing of the Chapter 11 petition.

Dated: Brooklyn, New York
      March 4, 2025

**Newkirk Nostrand East SPE Owner LLC**
a Delaware limited liability company

By: DFRE Holdings LLC
    Its Sole Member/Manager

By: Davis Family Investments, LLC
    Its Sole Member/Manager

By: The Davis Rainford Group Inc.
    Its Sole Member/Manager

By: _____
    Earl R. Davis
    Title: Chief Executive/
        Operating Officer

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

**In Re:**
NEWKIRK NOSTRAND EAST SPE OWNER, LLC

**Case No.**

**Chapter** 11

**Debtor(s)**

---------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

      The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: Brooklyn, New York
       March 4, 2024

_____
Debtor

_____
Joint Debtor

s/
_____
Attorney for Debtor

Consolidated Edison Company of New York
637 W 49TH Street
New York, NY 10019

Department of Environmental Protection
350 Flushing Avenue
Brooklyn, NY 11205

New York City Department of Finance
66 John Street, 2ND FL
New York, NY 10038

Iron Maiden NYC LLC
558 Myrtle Avenue, Unit: 501
Brooklyn, NY 11205

Rochelle Phillip
73 Farley Avenue
Fanwood, NJ 07023

NYCTL-1998-2 TRUST AND THE BANK OF NEW YORK
MELLON, AS COLLATERAL AGENT AND CUSTODIAN
c/o Phillips Lytle LLP
28 East Main Street, Suite: 1400
Rochester, New York 14614

AAA Healthsource
2365 Nostrand Avenue
Brooklyn, NY 11210

New York City Department of Housing Prevention and Development
100 Gold Street
New York, NY 11201

HB Capital Partner, LLC
365 Powell Street, Apt #: 1C
Brooklyn, NY 11212

Isaac Steinman
29 County Rd 141
Kauneomga Lake, NY 12749

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC
TRUST 2007-NCI, MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-NCI
c/o Aldridge Pite LLP
40 Marcus Drive, Suite: 200
Melville, NY 11747